**UNITED STATES of America,**
**Appellee,**

v.

**Jonathon STOUT, Appellant.**

**No. 05–2083.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 5, 2006.

Decided: Jan. 11, 2006.

James Joseph Kelleher, U.S. Attorney's Office, Springfield, MO, for Appellee.

Ann M. Koszuth, Federal Public Defender's Office, Springfield, MO, for Appellant.

Jonathon Stout, Memphis, TN, pro se.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

**PER CURIAM.**

Jonathon Stout pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). His written plea agreement included an appeal waiver. The district court [1] sentenced him to the statutory minimum of 180 months in prison and 5 years of supervised release. *See* 18 U.S.C. § 924(e)(1). On appeal, Stout's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and Stout has filed a pro se supplemental brief.

After reading the briefs and reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we dismiss this appeal on the basis of the appeal waiver in the plea agreement. *See United States v. Andis*, 333 F.3d 886, 889–90 (8th Cir.) (en banc) (criteria for enforcing appeal waiver), *cert. denied*, 540 U.S. 997, 124 S.Ct. 501, 157 L.Ed.2d 398 (2003); *United States v. Estrada–Bahena*, 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case). We also grant counsel's motion to withdraw.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.